Certificate Number: 05781-MIE-DE-041718152

Bankruptcy Case Number: 26-50351

05781-MIE-DE-041718152

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 26, 2026, at 7:59 o'clock AM PST, Jamilah Hurd completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: November 26, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President